UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TASHA HERBERT,<br>an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GRETNA REALTY ASSOCIATES, LLC,<br>a Louisiana Limited Liability Company<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) DOCKET NO. 2:12-cv-364-EEF-KWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) SECTION "L"(4)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,

By: /s/ Andrew D. Bizer
Andrew Bizer, Esq. (LA # 30396)
*Attorney for Plaintiff*
757 St. Charles Avenue, Suite 302
New Orleans, LA 70130
Phone:  504-619-9999
Fax:　　504-592-3300
andrew@bizerlaw.com

Respectfully Submitted,

By: /s/Howard Boyd
Howard Boyd, Esq. (# 27186)
*Attorney for Defendant*
909 Poydras Street, Suite 2800
New Orleans, LA 70112
Phone:  504-299-2100
Fax:　　504-299-2300
hboyd@shergarner.com